```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS J. WALSH (CABN 314290)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7248
    FAX: (415) 436-7234
    Email: nicholas.walsh@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN PROMETHEUS DORSEY, <br><br> Defendant. | NO. 22-CR-00129 CRB <br><br> NOTICE OF DISMISSAL <br><br> AND <br><br> [~~PROPOSED~~] ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Justin Prometheus Dorsey. *See* Dkt. 13 (Indictment).

DATED: December 16, 2024                                Respectfully submitted,

                                                        ISMAIL J. RAMSEY
                                                        United States Attorney


                                                         */s/ Martha Boersch*
                                                        MARTHA BOERSCH
                                                        Chief, Criminal Division

## [~~PROPOSED~~] ORDER

Leave is granted to the government to dismiss the indictment against Justin Prometheus Dorsey.

IT IS SO ORDERED.

Date: December 17, 2024

_____
HON. CHARLES R. BREYER
Senior United States District Judge